UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

NATCO PHARMA LTD.,

      Plaintiff,

v.                                             Civ. No. 21-396 (ECT/BRT)

JOHN DOE, a seller on the online
marketplace TradeIndia.com,

      Defendant.

---

**ORDER GRANTING PLAINTIFF'S MOTION FOR LIMITED DISCOVERY AND THE ISSUANCE OF LETTERS ROGATORY TO THE APPROPRIATE JUDICIAL AUTHORITIES IN CANADA**

---

This matter is before the Court on Natco Pharma Ltd's ("Natco") Motion for Limited Discovery and Issuance of Letters Rogatory to the Appropriate Judicial Authorities in Canada. (Doc. No. 5.) Upon consideration of Natco's request and the entire record herein, good cause exists to grant Natco's motion.

Accordingly, **IT IS HEREBY ORDERED** that Natco's Motion (Doc. No. 5) is **GRANTED**. The Court hereby issues the Letter Rogatory, to be filed separately, directed to the appropriate judicial authorities in Canada, to compel Psiphon, Inc. to produce documents.

**SO ORDERED.**

Dated: March 1, 2021

                                                          BECKY R. THORSON
                                                          United States Magistrate Judge

SCANNED
MAR 0 3 2021
U.S. DISTRICT COURT ST. PAUL